UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ODESSA CRUZ

   Plaintiff,

-vs-                                     CASE NO.:  6:15-CV-01916-GAP-KRS

BLUESTEM BRANDS, INC. d/b/a
FINGERHUT,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Odessa Cruz, and the Defendant, Bluestem Brands, Inc., d/b/a Fingerhut, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count herein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 16th day of March, 2016.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Kimberly A. Koves, Esquire* |
| Frank H. Kerney, III, Esquire | Kimberly A Koves, Esq. |
| Florida Bar#: 88672 | Florida Bar#: 100282 |
| Morgan & Morgan, Tampa, P.A. | Wiand Guerra King P.A. |
| One Tampa City Center | 5505 West Gray St. |
| Tampa, FL 33602 | Tampa, FL 33609 |
| Tele: (813) 223-5505 | Tele: (813) 347-5100 |
| Fax: (813) 223-5402 | Fax: (813) 347-5198 |
| fkerney@forthepeople.com | kkoves@wiandlaw.com |
| jkneeland@forthepeople.com | Attorney for Defendant |
| Attorney for Plaintiff | |